MICHAEL DIMPERIO, Respondent, v. CORSON CONSTRUCTION CORPORATION, Appellant.— Order directing examination of defendant, through its vice-president, affirmed, with twenty-five dollars costs and disbursements; the examination to

proceed on five days' notice. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.